UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LARRY HARRINGTON,

        Plaintiff,

v.                                      Case No:  2:15-cv-322-FtM-38MRM

ROUNDPOINT MORTGAGE
SERVICING CORPORATION and
MULTIBANK 2010-1 SFR
VENTURE, LLC,

        Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on Plaintiff Larry Harrington's Motion to Compel Discovery Responses (Doc. #44) filed on December 2, 2015. Five days later, the Court held a preliminary pretrial conference at which time the parties discussed that motion. (Doc. #45). Based on the parties' arguments, the Court ordered Defendants to amend their interrogatory responses on or before December 28, 2015. The Court then issued a written order on December 8, 2015, denying Plaintiff's motion to compel. (Doc. #47). The next day, the parties called the undersigned because Plaintiff's motion to compel also raised issues that neither side discussed at the preliminary pretrial conference. The undersigned thus vacated the order denying the motion to compel (Doc. #48) and set a hearing on December 15, 2015 (Doc. #49).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Having now reviewed Plaintiff's motion to compel in detail, the Court finds that its calendar for December 15, 2015, will not afford sufficient time to explore the parties' arguments fully and rule accordingly.

Accordingly, it is now

**ORDERED:**

(1) The Clerk shall **CANCEL** the hearing set for December 15, 2015, at 3:30 p.m. before the undersigned.

(2) Plaintiff's Motion to Compel Discovery Responses (Doc. #44) is **REFERRED** to the Honorable Mac McCoy.

(3) Defendants Roundpoint Mortgage Servicing Corporation and Multibank 2010-SFR Venture, LLC shall respond to Plaintiff's Motion to Compel Discovery Responses (Doc. #44) on or before **December 28, 2015**.

(4) Defendants Roundpoint Mortgage Servicing Corporation and Multibank 2010-SFR Venture, LLC shall comply with the Court's directive at the preliminary pretrial conference and amend its interrogatory responses on or before **December 28, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of December, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record