UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| LARRY HARRINGTON, | ) | Case No. 2:15-cv-322-FtM-28MRM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ROUNDPOINT MORTGAGE SERVICING | ) | ____ Evidentiary |
| CORPORATION and MULTIBANK 2010-1 SFR | ) | ____ Trial |
| VENTURE, LLC, | ) | ____ Other |
| Defendants. | ) | |

## Plaintiff's Exhibit List

Plaintiff Larry Harrington hereby discloses the Exhibits to be used at trial:

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | | | | I, R, UP, P, CUM | Call Detail Records as produced in foreclosure proceeding |
| 2. | | | | R, C&M | Multibank's Amended Notice of Production of Trial Exhibits, dated May 27, 2015, 120-4 |
| 3. | | | | I, UP, C&M, F *See* ECF No. 128 | Deposition of Randall Snyder and his Declaration |
| 4. | | | | R, H, UP, C&M | Defendant's Third Amended Response to Plaintiff's First Set of Discovery Directed to RoundPoint, dated March 9, 2016 |
| 5. | | | | Stipulated | Declaration of Cisco Systems, Inc. Representative (Tod Famous), with Exhibit "A" (Cisco Unified CCX Administration Guide, Release 8.5(1)) |
| 6. | | | | Stipulated | Larry Harrington's telephone call transcript |
| 7. | | | | Stipulated | Jamie Harrington's telephone call transcript |

EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| 8. | | | | CUM *See* Pltf.'s Ex. No. 13 | FDIC letter dated April 17, 2009, Bates labeled 345 |
| 9. | | | | R | FDIC Loan History Record dated, Bates labeled 341 |
| 10. | | | | CUM *See* Pltf.'s Ex. No. 14 | Work collection file document dated November 9, 2009, Bates labeled 335 |
| 11. | | | | CUM *See* Pltf.'s Ex. No. 13 | FDIC letter dated November 10, 2009, bates labeled 337 |
| 12. | | | | CUM *See* Pltf.'s Ex. No. 14 | Work collection file document dated November 23, 2009, Bates labeled 324 |
| 13. | | | | CUM *See* Pltf.'s Ex. No. 13 | FDIC letter dated December 15, 2009, Bates labeled 327 |
| 14. | | | | Stipulated | Loan inquiry dated December 18, 2009, Bates labeled 415 |
| 15. | | | | CUM *See* Pltf.'s Ex. No. 14 | Work collection file document dated December 1, 2009, Bates labeled 322 |
| 16. | | | | Stipulated | FDIC letter dated January 20, 2010, Bates labeled 315 |
| 17. | | | | Stipulated | Work collection file document dated February 1, 2010, Bates labeled 311 |
| 18. | | | | R | Verification of debt letter dated May 11, 2010, Bates labeled 3503-04 |
| 19. | | | | R | RoundPoint letter dated August 12, 2010, Bates labeled 522-24 |
| 20. | | | | R | RoundPoint letter dated August 30, 2010, Bates labeled 514-16 |
| 21. | | | | R | RoundPoint letter dated October 26, 2010, Bates labeled 1389-91 |
| 22. | | | | R | RoundPoint letter dated October 28, 2010, Bates labeled 482-484 |
| 23. | | | | R | RoundPoint letter dated March 10, 2011, Bates labeled 1416-17 |

| | | | | | |
|---|---|---|---|---|---|
| 24. | | | | R | RoundPoint letter dated May 12, 2011, Bates labeled 1410-11 |
| 25. | | | | R | RoundPoint letter dated May 13, 2011, Bates labeled 458-60 |
| 26. | | | | Stipulated | RoundPoint letter dated April 9, 2012, Bates labeled 1274-75 |
| 27. | | | | R, C&M | Fax dated May 29, 2012, Bates labeled 2292 |
| 28. | | | | Stipulated | RoundPoint letter dated December 3, 2012, Bates labeled 1403-04 |
| 29. | | | | R, C&M | Motion for Summary Judgment filed February 19, 2013, Bates labeled 2181-83 |
| 30. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the calls RoundPoint made to Plaintiff or his family, 120-9 |
| 31. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All the calls after March 2, 2012, the date RoundPoint/MultiBank filed for foreclosure, 120-10 |
| 32. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the calls after June 28, 2011, the date Mr. Harrington contacted RoundPoint and was told they would not be taking any more payments, 120-11 |
| 33. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All the calls for the time period May 28, 2013 through May 5, 2014, a portion of the time period which is covered by the statute of limitations for the FCCPA cause of action, 120-12 |
| 34. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the calls made by RoundPoint from May 30, 2012 and May 7, 2013, the time period RoundPoint was aware that Plaintiff was represented by counsel,120-13 |
| 35. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the messages RoundPoint left for Plaintiff or his family, 120-14 |

| | | | | | |
|---|---|---|---|---|---|
| 36. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the messages RoundPoint left after March 2, 2012, the date RoundPoint/MultiBank filed for foreclosure, 120-15 |
| 37. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the messages RoundPoint left after June 28, 2011, the date Mr. Harrington contacted RoundPoint and was told they would not be taking any more payments, 120-16 |
| 38. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the messages RoundPoint left for the time period May 28, 2013 through May 5, 2014, a portion of the time period covered by the statute of limitations for the FCCPA cause of action, 120-17 |
| 39. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | All of the messages RoundPoint left from May 30, 2012 to May 7, 2013, the time period RoundPoint was aware that Plaintiff was represented by counsel, 120-18 |
| 40. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | The instances in which RoundPoint called Plaintiff on multiple occasions on a single day for the time period May 28, 2013 through May 5, 2014, a portion of the time period which is covered by the statute of limitations for the FCCPA cause of action, 120-19 |
| 41. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F | The days on which RoundPoint called Plaintiff after earlier that day leaving a message for Plaintiff or the time period May 28, 2013 through May 5, 2014, a portion of the time which is period covered by the statute of limitations for the FCCPA cause of action, 120-20 |
| 42. | | | | R, UP, P | Mini-Miranda Warning, Bates labeled 4445 |
| 43. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F, NT | Summary of calls by week for entire period |

| | | | | | |
|---|---|---|---|---|---|
| 44. | | | | A, I, R, H, UP, C, CUM, Pr., C&M, F, NT | Summary of calls by week for the statute of limitations period under FCCPA |
| 45. | | | | Stipulated | Metro PCS Records |
| 46. | | | | | Any documents necessary for use as rebuttal or impeachment evidence. |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |
| 51. | | | | | |
| 52. | | | | | |
| 53. | | | | | |
| 54. | | | | | |
| 55. | | | | | |