UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| LARRY HARRINGTON, ) | Case No. 2:15-cv-322-FtM-28MRM | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | | |
| ROUNDPOINT MORTGAGE SERVICING ) | \_\_\_\_ | Evidentiary |
| CORPORATION and MULTIBANK 2010-1 SFR ) | \_\_\_\_ | Trial |
| VENTURE, LLC, ) | \_\_\_\_ | Other |
| Defendants. ) | | |

**DEFENDANTS' EXHIBIT LIST**

Defendants, RoundPoint Mortgage Servicing Corporation ("RoundPoint") and Multibank 2010-1 SFR Venture, LLC ("Multibank") (collectively, "Defendants"), by and through undersigned counsel, hereby disclose the Exhibits to be used at trial:

| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Sponsoring Witness** | **Objections/ Stipulated Admissions** | **Description of Exhibit** |
|---|---|---|---|---|---|
| 1. | | | | Stipulated | Note |
| 2. | | | | Stipulated | Mortgage |
| 3. | | | | Stipulated | Construction Agreement Oyster Bay Homes, Inc. (Exhibit 7 to deposition of David Hughes) |
| 4. | | | | Stipulated | Construction Loan Agreement with Riverside Bank of the Gulf Coast |
| 5. | | | | | Loan Application |
| 6. | | | | | Servicing Agreement between RoundPoint Ventures I, LLC and RoundPoint Mortgage Servicing Corporation |
| 7. | | | | Stipulated | Power of Attorney (Exhibit 12 to deposition of David Hughes) |

**EXHIBIT 2**

| # | | | | | | |
|---|---|---|---|---|---|---|
| 8. | | | | | Stipulated | Mortgage Loan Contribution and Sale Agreement by and between the FDIC and Multibank |
| 9. | | | | | | Custodial and Paying Agency Agreement by and among Multibank, FDIC, and Wells Fargo Bank, N.A. |
| 10. | | | | | Stipulated | Amended and Restated Limited Liability Company Operating Agreement for Multibank 2010-1 SFR Venture LLC |
| 11. | | | | | Stipulated | RoundPoint's Welcome Letter to Harrington of May 5, 2010 |
| 12. | | | | | Stipulated | RoundPoint's Comment History re Loan No. ending in 5695 (Exhibit A-4 to MSJ) |
| 13. | | | | | Stipulated | RoundPoint's Servicing Notes (produced as RDPT-000001 through RDPT-000090) |
| 14. | | | | | Stipulated | RoundPoint's Portfolio Reports from MSP dated 11/29/10 and 11/30/10 (produced as RDPT-002425 through RDPT-2462) |
| 15. | | | | | Stipulated | Excerpts of RoundPoint's Flight Manual (produced as RDPT-004470 through RDPT-004494) |
| 16. | | | | | Stipulated | RoundPoint's Passport and DataWarehouse Reports (produced as RDPT-004495 through RDPT-004596) |
| 17. | | | | | Stipulated | Cameo and Cisco Dialer Information (produced as RDPT-004597 through RDPT-004752) |
| 18. | | | | | Stipulated | RoundPoint's MSP Notes (Exhibit A-5 to MSJ) |
| 19. | | | | | Stipulated | RoundPoint's TCPA Program Enhancements (Exhibit 9 to deposition transcript of David Hughes; RDPT-002364) |

| # | | | | | |
|---|---|---|---|---|---|
| 20. | | | | Stipulated | RoundPoint's Policy for Portfolio Management, Call Center, POL-2400, Version 1.0, with effective date of January 27, 2012 (RDPT-002365 through 002371) |
| 21. | | | | Stipulated | RoundPoint's Policy for Portfolio Management, Call Center Department, Call Center, POL-2400, with effective date of October 29, 2013 (RDPT-002372 through 002384) |
| 22. | | | | R | RoundPoint's Policy for Call Center, Call Center, POL-2200, with effective date of May 8, 2014 (RDPT-002385 through 002397) |
| 23. | | | | R | RoundPoint's Policy for Call Center, Call Center, POL-2200, with effective date of June 1, 2015 (RDPT-002407 through 002424) |
| 24. | | | | Stipulated | Cisco Unified CCX Administration Guide, Release 8.5(1) (Exhibit 4 to deposition transcript of David Hughes; RDPT-003725 through RDPT-004252) |
| 25. | | | | Stipulated | Cameo Solutions Xpress Dialer User Manual (Exhibit 5 to deposition transcript of David Hughes; RDPT-004253 through RDPT-004298) |
| 26. | | | | Stipulated | Cameo Solutions Outbound Campaign Manager Xpress Dialer Diagram (Exhibit 6 to deposition transcript of David Hughes) |
| 27. | | | | Stipulated | Recording of June 2, 2011 telephone call |
| 28. | | | | Stipulated | Recording of June 28, 2011 telephone call |

| | | | | | |
|---|---|---|---|---|---|
| 29. | | | | Stipulated | Transcript of June 2, 2011 telephone call |
| 30. | | | | Stipulated | Transcript of June 28, 2011 telephone call |
| 31. | | | | R, H, UP | Multibank's Motion for Summary Deficiency Judgment and for Attorney's Fees, with Exhibits, *Multibank v. Harrington*, Case No. 12CA051326, Lee County, Florida |
| 32. | | | | Stipulated | Order Granting Leave to Withdraw as Counsel for Harrington, *Multibank v. Harrington*, Case No. 12CA051326, Lee County, Florida |
| 33. | | | | R, UP | Order Granting Multibank's Motion for Summary Deficiency Judgment and for Attorney's Fees, *Multibank v. Harrington,* Case No. 12CA051326, Lee County, Florida |
| 34. | | | | R, UP | Final Judgment of Foreclosure, *Multibank v. Harrington*, Case No. 12CA051326, Lee County, Florida |
| 35. | | | | Stipulated | Harrington's Responses to RoundPoint's First Request for Admissions (Exhibit 3 to deposition transcript of Larry Harrington) |
| 36. | | | | Stipulated | RoundPoint's Proposal for Settlement and Offer of Judgment to Plaintiff |
| 37. | | | | Stipulated | Federal Rule of Civil Procedure 68 Offer of Judgment for Plaintiff's TCPA Claims |

| # | | | | | |
|---|---|---|---|---|---|
| 38. | | | | Stipulated | Deposition transcript of David Hughes, with Exhibits, including but not limited to all testimony cited to in Defendants' Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment |
| 39. | | | | Stipulated | Deposition transcript of Jamie Harrington including but not limited to all testimony cited to in Defendants' Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment |
| 40. | | | | Stipulated | Deposition transcript of Lori Harrington including but not limited to all testimony cited to in Defendants' Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment |
| 41. | | | | Stipulated | Deposition transcript of Larry Harrington, with Exhibits, including but not limited to 15:8-14, and all testimony cited to in Defendants' Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment |
| 42. | | | | Stipulated | Declaration of Cisco Systems, Inc. Representative (Tod Famous), with Exhibit "A" (Cisco Unified CCX Administration Guide, Release 8.5(1)) |
| 43. | | | | A, H | Affidavit of Stacy King-McLean in Support of Defendants' Motion for Summary Judgment |
| 44. | | | | Stipulated | Facsimile dated May 5, 2014 from Alliance Legal Group to RoundPoint Mortgage re: Formal Consumer Protection Notice (Exhibit 2 to deposition transcript of Larry Harrington) |

| | | | | | |
|---|---|---|---|---|---|
| 45. | | | | R, H, UP | Complaint and Court Progress Docket, *Multibank v. Harrington*, Case No. 12CA051326, Lee County, Florida (the "Foreclosure") |
| 46. | | | | R | Complaint and Court Progress Docket, *Harrington v. Regions Bank*, Case No. 2:15-cv-00522-JES-MRM, Middle District of Florida |
| 47. | | | | R | Complaint and Court Progress Docket, *Harrington v. Southwest Credit Systems LP*, Case No. 4:16-cv-00254-ALM, Eastern District of Texas |
| 48. | | | | R | Complaint and Court Progress Docket, *Harrington v. Portfolio Recovery Associates LLC*, Case No. 3:16-cv-02204-C, Northern District of Texas |
| 49. | | | | R | Court Progress Docket, *In re: Portfolio Recovery Associates, LLC*, Case No. 3:11-md-02295-JAH-BGS, Southern District of California |
| 50. | | | | Stipulated | MetroPCS Telephone Records (METROPCS-000001-002189) |
| 51. | | | | | All documents for which judicial notice has been requested by any party. |
| 52. | | | | | Any documents necessary for authentication purposes. |
| 53. | | | | | Any documents necessary for use as rebuttal or impeachment evidence. |