# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**LARRY HARRINGTON,**

**Plaintiff,**

**v.** **Case No: 2:15-cv-322-FtM-28MRM**

**ROUNDPOINT MORTGAGE SERVICING CORPORATION and MULTIBANK 2010-1 SFR VENTURE, LLC,**

**Defendants.**

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | John Antoon II | **COUNSEL FOR PLAINTIFF** | Chris R. Miltenberger |
| **DEPUTY CLERK:** | Anita Justin | | |
| **COURT REPORTER** | Suzanne Trimble<br>trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | D. Keith Andress<br>Eve A. Cann |
| **DATE/TIME:**<br><br>**TOTAL TIME:** | June 29, 2017<br>10:00 A.M.<br>1 hour 36 minutes | | |

## CLERK'S MINUTES
## FINAL PRETRIAL CONFERENCE
## AMENDED MOTION IN LIMINE TO EXCLUDE EXPERT RANDALL SNYDER (DOC. NO. 128)

10:00 a.m. Counsel for Plaintiff will notify the Court by 7/3/17 as to whether it will be a hardship for the Plaintiff to travel to Orlando. Barring any hardship the Court will conduct the trial in the Orlando Division at 9 a.m. on July 10, 2017.

Trial is estimated to take 2 days.

Parties present oral argument in support/opposition to the amended motion (#128). Court grants/denies the motion in part. Court will allow Randall Snyder to give testimony as to how the system works or could work without getting into any legal conclusions.

Defendant makes an ore tenus motion for the court to take Judicial Notice of Doc. No. 164 which include the following documents:

(1) Complaint to Foreclosure Mortgage *(reserved)*
*(2)* Order granting leave to withdraw as counsel *(granted)*
(3) Final Judgment of Foreclosure *(granted)*
(4) Motion for Summary Deficiency Judgment and for Attorney's Fees
*(5)* Order granting the Motion for Summary Deficiency Judgment and Attorney's fees *(Reserved)*
*(6)* Amended and Restated Limited Liability Company Operating Agreement *(granted)*

11:36 a.m. Court adjourned.