# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**LARRY HARRINGTON,**

    **Plaintiff,**

v.

    Case No: 2:15-cv-322-FtM-28MRM

**ROUNDPOINT MORTGAGE SERVICING CORPORATION and MULTIBANK 2010-1 SFR VENTURE, LLC,**

    **Defendants.**

## ORDER

This case is before the Court on the Motion for Attorneys' Fees and Costs (Doc. 198) filed by Defendants. The assigned United States Magistrate Judge has submitted a Report (Doc. 202) recommending that the motion be granted in part and denied in part. Specifically, the Report recommends that the motion be granted insofar as costs are taxed against Plaintiff in the amount of $3,641.53 and that the motion otherwise be denied.

No objection to the Report has been filed, and the time for filing objections has passed. After review of the record, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 202) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorneys' Fees and Costs (Doc. 198) is **GRANTED in part and DENIED in part**. The motion is **GRANTED** insofar as costs of $3,641.53 shall be taxed against Plaintiff. The motion is otherwise **DENIED**.

3. The Clerk is directed to tax costs against Plaintiff in the amount of $3,641.53.

**DONE** and **ORDERED** on August 27, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record